IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
NOV 15 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:23-cr-155 |
| v. | ) | |
| | ) | Illegal Possession of a Machinegun |
| LATOYE O. COOPER, | ) | 18 U.S.C. § 922(o) |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | Forfeiture Allegation |

**INDICTMENT**
**NOVEMBER 2023 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Illegal Possession of a Machinegun)

On or about August 25, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, LATOYE O. COOPER, did knowingly possess a machinegun, specifically, a combination of parts, commonly known as a "switch" and/or "conversion switch," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. (In violation of Title 18, United States Code, Section 922(o).)

**FORFEITURE ALLEGATIONS**

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearm or

-1-

machine gun involved in or used in any knowing violation of the offenses charged, to include a a Glock model 23, .40 caliber firearm, bearing serial number FWE976, attached conversion switch, accompanying ammunition and ammunition magazines.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853).

A TRUE BILL

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

-2-